```
                              United States Bankruptcy Court
                                 Northern District of Ohio
In re:                                                         Case No. 18-17568-aih
Michael L. Breeden                                             Chapter 13
Stephanie C. Breeden
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0647-1         User: cille              Page 1 of 1              Date Rcvd: Mar 21, 2019
                             Form ID: pdf817          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2019.
db/db          +Michael L. Breeden,   Stephanie C. Breeden,    12620 Heath Road,   Chesterland, OH 44026-2706

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Wilmington Savings Fund Society, FSB, d/b/a Christ
                                                                                          TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2019 at the address(es) listed below:
              Lauren A. Helbling    ch13trustee@ch13cleve.com,    lhelbling13@ecf.epiqsystems.com
              Robert Harris Young    on behalf of Debtor Michael L. Breeden roberty@amourgis.com,
               bk_department@amourgis.com;jpamourgisandassociates@gmail.com;bobr44267@notify.bestcase.com
              Robert Harris Young    on behalf of Debtor Stephanie C. Breeden roberty@amourgis.com,
               bk_department@amourgis.com;jpamourgisandassociates@gmail.com;bobr44267@notify.bestcase.com
              Steven H. Patterson    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
               ohbk@rslegal.com,    rsbkecfbackup@gmail.com;reisenfeld@ecf.inforuptcy.com
                                                                                             TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO AT CLEVELAND

FILED 2019 MAR 21 AM 7:08
CLERK
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF OHIO
CLEVELAND

In re:

MICHAEL BREEDEN
STEPHANIE BREEDEN
                Debtor(s).

CASE NO. 18-17568

CHAPTER 13

JUDGE Arthur I Harris

**MOTION FOR LEAVE TO FILE OBJECTION OUT OF TIME**

Now comes Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, and moves this Court for leave to file its objection to debtor's unconfirmed Plan out of time. For cause, the Debtor's have proposed a plan provision that is not permitted under the facts of this case. No party will be prejudiced should the court rule on the objection on the merits.

*MOTION GRANTED*
*United States Bankruptcy Judge*

/s/ Steven H Patterson
_____
Steven H. Patterson (0073452)
Attorney for Creditor
Reisenfeld & Associates LLC
3962 Red Bank Road
Cincinnati, OH 45227

## NOTICE OF HEARING

Please take notice that a hearing on the Motion for Leave to File Objection Out of Time shall be held on March 21, 2019 at 1:00 PM at the U.S. Bankruptcy Court, Northern District of Ohio at Cleveland, Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, OH 44114, before the Honorable Arthur I Harris.