UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO.: 18-17568 |
| | ) | |
| MICHAEL L. BREEDEN | ) | CHAPTER 13 PROCEEDING |
| STEPHANIE C. BREEDEN | ) | |
| | ) | JUDGE ARTHUR I. HARRIS |
| DEBTOR | ) | |
| | ) | **DEBTOR'S MOTION TO** |
| | ) | **VOLUNTARILY DISMISS** |
| | ) | **CHAPTER 13 CASE AND TERMINATE** |
| | | **WAGE ORDER** |

Now come the Debtors, Michael L. Breeden and Stephanie C. Breeden, by and through counsel, and respectfully move this Honorable Court for an order dismissing their Chapter 13 case pursuant to U.S.C. §1307(b), and terminating the Wage Order. For cause, Debtors state as follows:

**MEMORANDUM IN SUPPORT**

1. Michael L. Breeden and Stephanie C. Breeden, are the Debtors in within the above captioned proceeding filed on December 26, 2018, under Title 11 U.S.C. Chapter 13 of the Bankruptcy Code.

2. Since its inception, the above captioned Chapter 13 case has not been converted by any party under any section of Bankruptcy Code.

3. Accordingly, Debtors meet the criteria of U.S.C. §1307(b) which states in pertinent part: "On request of the debtor at any time, if the case has not been converted under section 706, 112, or 1208 of this title, the court shall dismiss a case under this chapter."

WHEREFORE, Debtors respectfully moves this Court for an order dismissing their Chapter 13 case pursuant to U.S.C. §1307(b) and terminating the Wage Order.

Respectfully Submitted,

**AMOURGIS & ASSOCIATES, LLC**

/s/ Robert H. Young
Robert H. Young (0036743)
3200 West Market Street, Suite 106
Akron, Ohio 44333
Phone: (330) 535-6650
Fax:   (330) 535-2205
Email: roberty@amourgis.com
Attorney for Debtor

## CERTIFICATE OF SERVICE

I certify that on April 30, 2019, a true and correct copy of the foregoing was served:

Robert H. Young, on behalf of Michael and Stephanie Breeden, Debtors, at roberty@amourgis.com

Lauren A. Helbling on behalf of Chapter 13 Trustees office at ch13trustee@ch13cleve.com,

Cleveland Office of the United States Trustee, on behalf of Daniel M. McDermott, United States Trustee, at the registered address of the US Trustee @ USDOJ.gov established with the bankruptcy court.

And by regular U.S. mail, postage prepaid, on:

Michael and Stephanie Breeden
12620 Heath Rd.
Chesterland, OH  44026

And by Regular U.S. Mail on all Creditors, Per Attached List.

/s/ Robert H. Young
Robert H. Young (0036743)

Chase Card Services
Correspondence Dept
Po Box 15298
Wilmington, DE 19850

Chesterland Family Dental Care
8276 Mayfield Rd
Chesterland, OH 44026

Cleveland Clinic
P.O. Box 89410
Cleveland, OH 44101-6410

Clinic Medical Services Co, LLC
PO BOX 92237
Cleveland, OH 44193

Ditech Financial, LLC
P.O. Box 6172
Rapid City, SD 57709-6172

First Federal Credit Control
Attn: Bankruptcy
24700 Chagrin Blvd, Ste 205
Cleveland, OH 44122

ID Consultants Inc
P.O. Box 901901
Cleveland, OH 44190

JP Recovery Services
Attn: Bankruptcy Dept
PO Box 16749
Rocky River, OH 44116-0749

JP Recovery Services, Inc.
P.O. Box 16749
Rocky River, OH 44116

ROI
P.O. Box 549
Lutherville Timonium, MD 21094

Selene Finance
Po Box 422039
Houston, TX 77242